UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

| | |
|---|---|
| In the matter of the Complaint of Cheryl Ryan, as owner of a 2001 Sylvan Pontoon vessel, Hull No. SYL08201G001, for exoneration from or limitation of liability,<br><br>   Petitioner._____/ | Case No.: 09-14351-CIV-GRAHAM<br>Magistrate LYNCH |

### PETITIONER'S NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY, MONITION AND INJUNCTION

COME NOW, the Petitioner Cheryl Ryan, as owner of an 18-foot 2001 Sylvan Pontoon vessel, Hull No. SYL08201G001, by and through its undersigned counsel, and hereby gives notice of filing a Verified Complaint for Exoneration from or limitation of liability and motion for issuance of notice, entering of monition and injunction restraining suits.

NOTICE is given that Petitioner, Cheryl Ryan, as owner of an 18-foot 2001 Sylvan Pontoon vessel, Hull No. SYL08201G001 has filed a Verified Complaint in Admiralty, pursuant to 46 U.S.C. §30501 et. seq. (formerly App. 46 U.S.C. § 183) and Rule F of the Supplemental Rules for Admiralty and Maritime Claims for exoneration from or limitation of liability for all claims for loss, damage or injury arising out of an alleged incident aboard the 18-foot 2001 Sylvan Pontoon vessel, Hull No. SYL08201G001 on or about April 17, 2009 upon the navigable waters of the United States and in Florida Territorial Waters.

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States Courthouse, Southern District of Florida, in,

Florida, and serve a copy thereof on counsel for Petitioner, Matthew J. Valcourt, FOWLER WHITE BURNETT, P.A., Espirito Santo Plaza, 14th Floor, 1395 Brickell Avenue, Miami, Florida 33131as directed by the Court or be defaulted.

If any Claimant desires to contest either the right to exoneration from or limitation of liability, it shall file and serve on the counsel for Petitioner an answer to the Complaint on or before the date set by the Court unless its claim has been included in an answer, so designated, or be defaulted.

DATED this 16th day of October, 2009

                        Respectfully submitted,

                        s/Matthew J. Valcourt
                        Matthew J. Valcourt
                        Fla. Bar No. 0088791
                        FOWLER WHITE BURNETT P.A.
                        Espirito Santo Plaza, 14th Floor
                        1395 Brickell Avenue
                        Miami, Florida 33131-3302
                        Telephone: (305) 789-9200
                        Facsimile: (305) 789-9201
                        Attorneys for Petitioner, Cheryl A. Ryan
                        Email: mjv@fowler-white.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2009, the foregoing document was filed with the Clerk of the Court. I also certify that the foregoing document along with the Verified Complaint is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        s/Matthew J. Valcourt
                        Matthew J. Valcourt

## SERVICE LIST OF POTENTIAL CLAIMANTS

Ronald M. Bennett Jr.
c/o Attorney Lauri J. Goldstein, P.A.
1330 South Federal Highway
Stuart Fl 34994
Via U.S. Mail

Mr. and Mrs. Ronald M. Bennett
3794 SE Dixie Ross St
Stuart FL 34997
Via U.S. Mail

Bradley A. Marcum
8753 SE Riverfront Terrace
Tequesta, FL 33469
Via U.S. Mail

John D. Ryan
18396 SE Heritage Drive
Tequesta, FL 33469
Via U.S. Mail